Michael D. Walsh
Demidchik Law Firm
120 S. Wacker-Suite 3000
Chicago, IL 60606
Michaelwalsh@dcklawfirm.com
312-786-4777

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS ) | No. CR-18-00335-20 |
| ) | |
| WEI CHANG GONG ) | |

### ORDER ON SENTENCING CONTINUANCE

THIS CAUSE COMING to be heard on the Stipulation to Continue Sentencing Hearing, notice given and the Court advised:

IT IS HEREBY ORDERED:

1. That the sentencing hearing of June 10, 2022 is stricken and the matter is continued for sentencing on October 28, 2022 at 1:30 p.m.

Date: June 7, 2022

_____
JUDGE

CC: PSA, USPO